UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   4:14 CR 207 HEA |
| | ) | |
| LARRY LEE HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SUPPLEMENTAL MOTION TO REVOKE DEFENDANT'S SUPERVISED RELEASE**

COMES NOW the United States of America, by and through the Acting United States Attorney for the Eastern District of Missouri, Carrie Costantin, and Jennifer J. Roy, Assistant United States Attorney for said District, and pursuant to Title 18, United States Code, Sections 3553 and 3583, and provides the following supplemental information to the Government's motion to revoke the defendant's term of supervised release:

1. The defendant obtained P.O. Box 2742 St. Louis, Missouri 63115 on behalf of DMEC.

2. An individual by the name of "J.D." was hired by the DMEC to perform maintenance at the DMEC offices, 1330 Aubert, St. Louis, Missouri. J.D. communicated with the defendant who he knew as "Mike" and who he believed was employed with the college. J.D.'s DMEC paychecks were all returned for having insufficient funds.

3. An individual by the name of "D.T." paid a $45.00 application fee and applied to become a student at DMEC. D.T. later learned that DMEC offices had closed and

1

that the scheduled orientation was cancelled.  On May 9, 2017, D.T. received a telephone call from the defendant.  The defendant advised D.T. that the situation at the college was the result of bad employees and that it had been corrected.  The defendant advised D.T. that the orientation date had been rescheduled for May 15, 2017.  The defendant also offered D.T. a job at DMEC.

Respectfully submitted,

CARRIE COSTANTIN
Acting United States Attorney

/s/*Jennifer J. Roy*
BY:   Jennifer J. Roy, 47203MO
Assistant United States Attorney
111 S. Tenth Street, 20th Floor
St. Louis, Missouri 63102

Certificate of Service

On May 10, 2017, this document was served on J. Martin Hadican, counsel for the defendant, by way of the court's electronic case filing system.

*Jennifer J. Roy*
Assistant United States Attorney