UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:14 CR 207 HEA ) |
| LARRY LEE HENDERSON, | ) ) |
| Defendant. | ) |

# GOVERNMENT'S MOTION TO CONTINUE DEFENDANT'S SUPERVISED RELEASE REVOCATION HEARING

Comes now the United States of America, by and through its attorneys, Carrie Costantin, Acting United States Attorney for the Eastern District of Missouri, and Jennifer J. Roy, Assistant United States Attorney for said District, , and files this motion to continue the defendant's supervised release revocation hearing and in support thereof states:

1. The hearing is currently scheduled for May 25, 2017.

2. The government has been advised that the United States Probation Officer is unavailable for the hearing

WHEREFORE, the Government requests a continuance of the Motion to Revoke hearing in this matter until a date in June 2017.

Respectfully submitted,

CARRIE COSTANTIN
Acting United States Attorney

/s/*Jennifer J. Roy*
BY:   Jennifer J. Roy, 47203MO
Assistant United States Attorney
111 S. Tenth Street, 20th Floor
St. Louis, Missouri 63102

1

<u>Certificate of Service</u>

On May 24, 2017, this document was served on counsel for the defendant, by way of the court's electronic case filing system.

<u>*Jennifer J. Roy*</u>
Assistant United States Attorney